**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CIVIL ACTION NO. 26-75-DLB**

**CUAHUTEMOC MENDOZA-ALCASAR** **PLAINTIFF**

**v.** **<u>JUDGMENT</u>**

**UNITED STATES OF AMERICA** **DEFENDANT**

*** *** *** ***

Consistent with the Order entered on this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Mendoza-Alcasar's complaint (Doc. # 1) is **DISMISSED** without prejudice.

2. This matter is **STRICKEN** from the active docket.

This 8th day of October, 2026.

**Signed By:**
***<u>David L. Bunning</u>***
**Chief United States District Judge**

G:\Judge-DLB\DATA\ORDERS\PSO Orders\Mendoza-Alcasar 0-26-75 Jmt.docx